IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03080-BNB

MARSHAUN STEWART,

    Plaintiff,

v.

COZZ RHODES, Warden,
BLOODWORTH, Assoc. Warden,
KLEIN, Captain,
LT. BURTON, and
WORKSON, Counsler [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a letter with the Court on December 12, 2011 (Doc. #6), in which he seeks clarification of the Court's December 6, 2011 Order to Cure. Plaintiff is advised that he submitted his Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the correct form. The December 6 Order to Cure directed him to submit a certified copy of his prison trust fund account statement for the six-month period preceding his filing. The "Commissary History" that Plaintiff submitted with his § 1915 Motion on November 25, 2011 does not suffice. Plaintiff must request a copy of his Federal Bureau of Prisons Inmate Statement from the appropriate officials at FCI-Florence and file a certified copy of that statement, showing transactions for the past six months, with the Court. Accordingly, it is

    HEREBY **ORDERED** that Plaintiff shall comply with the December 6 Order to Cure, as discussed above, on or before **January 13, 2012.**  It is

    FURTHER **ORDERED** that Plaintiff's Motion to Submit Additional Evidence, filed December 12, 2011 (Doc. #5), is DENIED as premature.

Dated:  December 13, 2011