IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03080-BNB

MARSHAUN STEWART,

    Plaintiff,

v.

COZZ RHODES, Warden,
BLOODWORTH, Assoc. Warden,
KLEIN, Captain,
LT. BURTON, and
WORKSON, Counsler [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a letter with the Court on January 3, 2011 (Doc. No. 9), in which he asks the Court for permission to pursue his administrative remedy appeal with the Central Office because the Regional Director of the Bureau of Prisons failed to respond within thirty days.  However, this Court does not have jurisdiction over the BOP's internal administrative remedy procedure.  Accordingly, to the extent Plaintiff seeks some form of relief from this Court in Doc. No. 9, the request is denied.

Dated:  March 15, 2012