IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-03080-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 9, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                   *Counsel:*

MARSHAUN STEWART,                        *Pro Se (appearing by telephone)*

    Plaintiff,

v.

BLOODWORTH, *et al.*,                            Nathalie Erin Cohen

    Defendants.

**COURTROOM MINUTES/RECOMMENDATION PURSUANT TO RULE 72(b)**

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:      10:21 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's Motion for Reconsideration re #33, Resubmitted defendant George Disciplinary Chairperson (Docket No. 44, filed on 6/14/2012). The court notes that is no answer filed by the defendant. Discussion between the court and Ms. Cohen regarding whether or not the defendant's plan to file an answer. Discussion between the court and Mr. Stewart regarding the reason for filing this motion.

The court stated, from the bench, its findings and legal basis for its recommendation. As stated on the record, the court hereby recommends that the plaintiff's Motion for Reconsideration re #33, Resubmitted defendant George Disciplinary Chairperson (Docket No. 44, filed on 6/14/2012) be **DENIED**.

The court addresses Mr. Stewart regarding the plaintiff's MOTION for Summary Judgment (Docket No. 51, filed on 8/6/2012), the defendant's MOTION to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 61, filed on 9/21/2012), and the defendant's MOTION for Leave to File Motion for Summary (Docket No. 64, filed on 9/27/2012). Mr. Stewart informs the court that he mailed his response to the Motion to Dismiss on October 2, 2012. The court informs Mr. Stewart that his response has not yet been received.

**ORDERED:**  The plaintiff shall file his response to the plaintiff's MOTION for Summary Judgment (Docket No. 51, filed on 8/6/2012) **on or before October 23, 2012**.

The court informs the parties that it does not want to set any discovery deadlines until after the pending motions have been decided.

**ORDERED:**  The court shall set a Motion Hearing for **November 14, 2012 at 10:45 a.m. MST**. (The plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time).  At this hearing the parties shall be prepared to take up all three motions and decide if discovery deadlines should be set.

The parties should be prepared to discussion the following motions at the next motions hearing: the plaintiff's MOTION for Summary Judgment (Docket No. 51, filed on 8/6/2012), the defendant's MOTION to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 61, filed on 9/21/2012), and the defendant's MOTION for Leave to File Motion for Summary (Docket No. 64, filed on 9/27/2012).

HEARING CONCLUDED.

**Court in recess:**  **10:47 a.m.**
Total time in court:  00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.