IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03080-WJM-CBS

MARSHAUN STEWART,
    Plaintiff,
v.

BL[U]DWORTH, Assoc. Warden,
BURTON, Lt.,
WOR[SHAM], couns[elo]r,
HE[RLICK]SON, psychological,
    Defendant.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies" filed by Defendants Bludworth, Herlickson, Burton, and Worsham.  Pursuant to the Order Referring Case dated May 15, 2012 (Doc. # 38) and the memorandum dated September 27, 2012 (Doc. # 65), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion, the proceedings held on October 9, 2012 and November 15, 2012, and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The "Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies" filed by Defendants Bludworth, Herlickson, Burton, and Worsham on September 27, 2012 (Doc. # 64) is GRANTED.

    2.    Defendants' "Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 for Lack of Exhaustion of Administrative Remedies" (Doc. # 64-1) is accepted for filing as of the date of this Order.  The Motion is fully briefed.  Mr. Stewart's Response filed on October 22, 2012 (Doc. # 72) addresses the issue of failure to exhaust administrative remedies and is construed as his Response to Defendants' "Motion for Summary Judgment Pursuant to Fed.

R. Civ. P. 56 for Lack of Exhaustion of Administrative Remedies" (Doc. # 64-1).  Defendants filed their Reply to Plaintiff's Response to Motion for Summary Judgment on November 5, 2012 (Doc. # 73).

      Dated at Denver, Colorado this 15th day of November, 2012.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge