IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03080-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: November 15, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                *Counsel:*

MARSHAUN STEWART,                              *Pro Se (appearing by telephone)*

    Plaintiff,

v.

BLOODWORTH, *et al.*,                              Nathalie Erin Cohen

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:     2:47 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the pending referred motions.

Discussion regarding the defendant's MOTION for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies (Docket No. 64, filed on 9/27/2012), the plaintiff's MOTION for Summary Judgment (Docket No. 51, filed on 8/6/2012), and the defendant's MOTION to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 61, filed on 9/21/2012).

**ORDERED:**  The court informs the parties it shall take these motions **UNDER ADVISEMENT**.

HEARING CONCLUDED.
**Court in recess**:        **3:24 p.m.**       Total time in court:     00:37
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.